IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HARVEY POWERS,

    Petitioner,

  v.

Case No. 17-cv-162-wmc

LOUIS WILLIAMS, II, Warden,
Federal Correctional Institution – Oxford,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Harvey Powers' petition for writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case with prejudice.

| /s/ | 3/4/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |